Attachment A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

PIERCE BROWN   #19183-084

SEP **2 3** 2024

**U.S.** DISTRICT COURT- WVND
MARTINSBURG, WV 25401

*Your full name*

### FEDERAL TORTS CLAIM ACT
### COMPLAINT

v.

Civil Action No.: *3:24 cv 128*
*(To be assigned by the Clerk of Court)*

*Groh / Trumble / Sims*

UNITED STATES OF AMERICA

### I.   JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

### II.   PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

> A.   Your full name: **Pierce Brown**      Inmate No.: **19183-084**
> Address: **F.C.I. Gilmer   /   P.O. box 6000 /**
> **Glenville, West Virginia, 26351**

### III.   PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: **F.C.I. Gilmer**

> A.   Is this where the events concerning your complaint took place?
> ☒ Yes      ☐ No

---

Attachment A

If you answered "NO," where did the events occur?

N/A

IV.   PREVIOUS LAWSUITS

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    □ Yes    XX No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _____ N/A _____
Defendant(s): _____ N/A _____

2.   Court: _____ N/A _____
(If federal court, name the district; if state court, name the county)

3.   Case Number: ___ N/A _____

4.   Basic Claim Made/Issues Raised: ____ N/A _____

5.   Name of Judge(s) to whom case was assigned: ___ N/A _____

6.   Disposition: _____ N/A _____
(For example, was the case dismissed? Appealed? Pending?)

7.   Approximate date of filing lawsuit: ____ N/A _____

Attachment A

8.    Approximate date of disposition. Attach copies:___N/A_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
XX Yes        □  No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _The Plaintiff filed a standard form 95 with_ _the Federal Bureau Of Prisons Mid-Atlantic Regional_ _office in January of 2024 and in February of 2024._ _There has been no response or answer from the government._

E.    Did you exhaust **ALL** available administrative remedies?
XX Yes        □  No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _I filed a standard form 95 to_ _the Mid-Atlantic Regional Office for personal injury_ _due to the injury that resulted from the accident ._

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Plaintiff(s): _____N/A_____

Defendant(s): _____N/A_____

Attachment A

2.    Name and location of court and case number: ___N/A___

_____

3.    Grounds for dismissal:    □ frivolous        □ malicious
      □ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____N/A_____

5.    Approximate date of disposition: _____N/A_____

## V.    ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.    Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
      ☒Yes        □ No

B.    If your answer is "YES," answer the questions below:

      1.    Identify the type of written claim you filed: __personal injury__

      2.    Date your claim was filed: __January 13, 2024/.February 2024__

      3.    Amount of monetary damages you requested in your claim:
            __$ 2,000,000.00 Two Million Dollars__

      4.    If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

            I.    Date of the written acknowledgment: __January 17, 2024__
            ii.   Claim Number assigned to your claim: __no response__

C.    If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?    □ Yes        ☒No

---

*United States District Court*            *10*            *Northern District of West Virginia-2013*

Attachment A

D.    If your answer is "YES," answer the questions below:

1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:
N/A
_____

_____

_____

2.    Identify the type of written claim(s) you filed: ___N/A___
_____

3.    Date your claim(s) were filed: ___N/A___

4.    Amount of monetary damages you requested in your claim(s):
_____N/A_____

5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

I.    Date of the written Acknowledgment: ___N/A___

ii.    Claim Number assigned to your claim: N/A___

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
XXX Yes        No

1.    If you answered "YES," state the:

I.    Date you requested reconsideration: __February 2, 2024__

ii.    Date the agency acknowledged receipt of your request for reconsideration: There was no response after the Plaintiff resubmitted the second tort claim after signing it as instructed.

---

*United States District Court*                    *11*                    *Northern District of West Virginia-2013*

Attachment A

## VI.   STATEMENT OF CLAIM

*State here, as* **BRIEFLY** *as possible, the facts of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining. Describe exactly what each federal employee did.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: **Staff Neglience resulting in personal injury.**

Supporting Facts: **on the date of July 10, 2023, at about 1:50 PM., I was standing in the unit using the phone when the inmates that were working dropped a tool box on the back of my neck, shoulders, and forearm area from the second floor of the housing unit in B1.**

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☒Yes      ☐ No

If your answer is "YES," please explain: **It was the institutional maintenance group along with the Foreman that was working in the unit when the accident occurred. He was performing his job duties in repairing the unit problems caused by the inmates.**

CLAIM 2: _____

Claim one continued

Supporting facts continued: After being hit with the tool box that was dropped by the Plumbers of the institutional maintenance workers i was immeadiately sent to the institutional medical department for an examination as to the extent of my injuries and for assessment of the damage done to my spine and collar bone area and the left arm. When i was being seen by the triage nurse I informed her of the events that happened and of the pain that I was experiencing. The nurse informed me that it was no big deal and that I would be fine. An x-ray was ordered of the injury to the back of my neck and shoulder area along with the x-ray for the left arm. I was then given asprin  and told to go back to the unit and to get some rest and that I would be fine. When the pain continued I returned back to medical for a follow up and was instructed to keep taking the pain  medication and that if the pain persisted to reportback to medical.

Since that time I've repeatedly returned to medical about the worsing conditions that restricts some movement of the upper body area and along the spine and the constant grinding of bones on bones in my neck area and along the collar bone area. I also informed the medical department of the constant pain and the need for medication or pain management medication as the situation has gotten worse over a period of time since the intial accident occurred.

Supporting Facts: _____
_____
_____
_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____
_____
_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     □ Yes     □ No

If your answer is "YES," please explain: _____
_____
_____
_____

CLAIM 3: _____
_____
_____

Supporting Facts: _____
_____
_____
_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____
_____
_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     □ Yes     □ No

Attachment A

If your answer is "YES," please explain: _____
_____
_____
_____

CLAIM 4: _____
_____
_____

Supporting Facts: _____
_____
_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
_____
_____
_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?     ☐ Yes     ☐ No

If your answer is "YES," please explain: _____
_____
_____
_____
_____

CLAIM 5: _____
_____
_____

Supporting Facts: _____
_____
_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____

_____

_____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☐ No

If your answer is "YES," please explain: _____

_____

_____

_____

_____

## VII.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. pain and numbness in the left hand and arm, constant pain in the area of the collarbone and the back of the neck area, during certain exercises of the upper body area I feel bones grinding on bone along the spinal column and pain during long periods of walking and standing along the spine and upper back areaa.

## VIII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.* The Plaintiff moves this honorablew court for an order granting the request monetary award of $2,000,000.00 dollars an direct the defendant's to provide the Plaintiff with adequate medical care.

_____

_____

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___F C I  Gilmer_____ on ___9-3-2024____ .
          (Location)                                  (Date)

_____
               Your Signature